UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:                                                                                           Bankr. Case No. 15-74849-AST-7

Venus Temple                                                                                                Chapter 7

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial of Arizona hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial of Arizona
        PO Box 183853
        Arlington, TX  76096


By  /s/  Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on November 30, 2015 :

| | |
|---|---|
| Gus Michael Farinella<br>110 Jericho Turnpike<br>Suite 100<br>Floral Park, NY 11001 | Andrew M Thaler<br>675 Old Country Road<br>Westbury, NY 11590 |

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx72782 / 722806